# Exhibit B

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Docket No. 1:25-CV-468-KFW |
| SHENNA BELLOWS, in her official capacity as the Secretary of the State of Maine, and the STATE OF MAINE, | ) ) ) ) ) |
| Defendants. | ) ) ) |

**DECLARATION OF JOHN SCHNECK**

I, John Schneck, declare as follows:

1. I am a U.S. citizen, over the age of 18, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

2. I moved to Maine in 1997—nearly three decades ago—and quickly made the state my long-term home. I lived here and have been registered to vote here ever since. Currently, I am registered to vote in Penobscot County, Maine.

3. I am deeply committed to Maine and its people. I have expressed that commitment in many ways, including through dedicated public service in Maine and through my work on defending and expanding the rights of all Mainers to participate in the electoral process.

4. I understand that the Department of Justice's recent lawsuit against Secretary Bellows and the State of Maine seeks the complete, unredacted voter registration history of all voters in the state, including their driver's license numbers, partial social security numbers, and dates of birth.

1

5.  DOJ's demands in this lawsuit give me great concern about the privacy of my own personal data and that of my fellow Mainers. My concerns are rooted in my personal experience as both a voter and public servant in Maine. I presently serve as a Commissioner on the State Liquor & Lottery Commission, a role Governor Mills appointed me to in 2020. Prior to that, I served four terms in the Maine House of Representatives as a representative from District 126, which at that time was based in Bangor.

6.  During my tenure in the Maine House of Representatives, I sat on the Veterans and Legal Affairs Committee, a joint standing committee with jurisdiction over election law, campaign finance law, and voter registration. During the 2019–20 legislative session, I was the Chair of the Veterans and Legal Affairs Committee. In this role, I sponsored a proposal to amend the state constitution to permit early voting, mail-in voting, and absentee voting. I also sponsored a bill clarifying that ballots are not public records under Maine election law, as I believe that ensuring voter privacy is critical to promoting civic engagement. I often heard from constituents—including constituent testimony on some of these bills—about the importance of protecting and extending voting rights and ensuring that all Mainers could participate in the electoral process. In addition, I championed the people of Maine's ability to decide whether ranked-choice voting is healthy for democracy.

7.  The Department of Justice's attempt to compel the production of sensitive data in this lawsuit do not give me confidence that it will respect federal and state privacy laws, both as to Maine voters generally and also to me specifically.

8.  Among other things, I am deeply concerned about the way in which the Department of Justice's lawsuit inaccurately portrays Maine's long and upstanding history of high rates of civic engagement as indicative of voter fraud and improperly maintained voter registration rolls. It also

runs directly contrary to Maine's long tradition of protecting voter registration data. Indeed, I believe that Maine has some of the strictest laws in the nation protecting voter privacy.

9. Maine's strict voter privacy laws exist to give voters confidence that their sensitive personal information will be protected. They expressly recognize that maintaining the privacy of voter registration information is critical to "ensuring that voters are not discouraged from participating in the voting process." P.L. 2005, ch. 404, § 2. The Department's correspondence with Secretary Bellows confirms to me that the federal government has little respect or concern for Maine's laws guarding voter privacy.

10. These privacy laws are vital for a healthy democracy and for Maine to continue to have representative elections. For voters to confidently participate in the electoral process, they must rest assured that personal identifying information they give to election officials to register to vote will not be used for unauthorized purposes.

11. I know directly from my service as a state legislator that Maine voters expect their personal information to be carefully guarded by state election officials and that doing so promotes civic engagement and confidence in the election system among Mainers. These concerns are particularly acute among newer voters, including naturalized citizens.

12. As a vocal proponent of increased access to voting, I am also personally worried about my own information being accessible to federal bureaucrats who may seek to retaliate against people like me who have championed progressive voting reforms and attempted to expand access to the franchise.

13. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 9/23/2025

*John Schneck*
John Schneck

3