# EXHIBIT B

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MAINE

UNITED STATES OF AMERICA,

Plaintiff,

v.

SHENNA BELLOWS, in her official capacity as the Secretary of State of Maine, and the STATE OF MAINE

Defendants.

Case No. 1:25-CV-468-KFW

## DECLARATION OF JILL M. WARD IN SUPPORT OF LEAGUE OF WOMEN VOTERS OF MAINE'S MOTION TO INTERVENE AS DEFENDANT

Pursuant to 28 U.S.C. § 1746, I, Jill M. Ward, declare as follows:

1.  I am an adult resident of the State of Maine and an eligible, registered voter. I currently serve as the President of the League of Women Voters of Maine ("LWVME" or the "League"), a volunteer position I held from 2015-2023 and to which I was reelected in May 2025.

2.  I have been a member of the League since 2009, and involved with the Maine Citizens for Clean Elections ("MCCE") since 2008. I previously served as President of MCCE.

3.  The League is a nonpartisan, grassroots membership social welfare organization that works to expand civic participation and give political voice to all Mainers.

4.  LWVME is the Maine affiliate of the League of Women Voters ("LWV") which was founded in 1920 as an outgrowth of the struggle for voting rights for women. LWV has

1

more than one million members and supporters, and is organized in more than 750 communities in all 50 states and the District of Columbia.

5.  LWVME and our members pursue the shared goal of expanding political participation in Maine by conducting nonpartisan voter registration drives, providing educational materials for voters, conducting outreach to high school and college students to encourage them to vote, and producing high-quality reports on issues of major importance in Maine.

6.  During the 2022 election cycle, LWVME registered at least 1,021 voters, canvassed in 15 towns (reaching 1,800 people), and printed and distributed 8,000 voter guides.

7.  LWVME also distributed 2,500 copies of our "Make Your Vote Count" booklets. Our Make Your Vote Count booklet offers Mainers comprehensive and easy to understand voting information. It's available in 10 languages.

8.  During the 2024 election cycle, LWVME registered at least 618 voters and printed and distributed approximately non-partisan 50,000 voter guides. Over 30,000 individuals accessed the Maine election information on VOTE411.org, our online voter resource.

9.  LWVME maintains an email subscription list with more than 5,600 recipients, where it provides updates and information around elections and public policy relating to a functioning democracy in Maine.

10. LWVME has worked tirelessly to protect, preserve, and expand the voting rights of its members and all Maine voters. This has included advocating for same-day registration, automatic voter registration, ranked choice voting, Maine's National Popular Vote bill, and publicly financed elections, among others.

11. LWVME has also staunchly opposed rollbacks of voter protections by opposing mandatory photo identification for all voters and felony disenfranchisement. In 2025, LWVME assessed and tracked 124 bills in the Maine State House and testified on 51.

12. LWVME is part of Democracy Maine, a collaboration between the League, MCCE, and Maine Students Vote, which partners on advocacy and education to support voting rights and civic participation.

13. The League is also part of the Mainers for Modern Elections coalition, which is committed to securing "equitable access to the ballot for every eligible Maine voter" and which advocates for "safe, secure, modern elections."[1]

14. Following successful advocacy for legislation that required election audits and automatic voter registration, the League has continued to push the Secretary of State to fully implement these measures, and has also urged the Secretary to expand voter registration hours.

15. LWVME has 574 members across the state, with local leagues in the Portland area, Bath/Brunswick, the Midcoast area, the Capital area, Hancock County, Piscataquis County, and in the greater Bangor area.

16. In addition to its members, the League relies on the efforts of 601 volunteers to conduct its work, including efforts around voter registration.

17. As politically active Mainers, the vast majority of the League's members and volunteers are registered voters who, in order to register, provided information to Defendants Bellows and the State of Maine. League members are concerned about, and object to, this information being disclosed contrary to law.

---

[1] https://www.lwvme.org/MME

18. The issues in this case are directly related to LWVME's mission because they implicate voters' data, and therefore Mainers' willingness and ability to register to vote. Mainers who learn that the federal government is seeking their data will be less likely to register to vote. Many of those who are already registered will be less likely to publicly participate in our democracy, including by protesting against the federal government, if they know the federal government has recently demanded and received their personal and sensitive information. The government's insufficient justification for seeking this data bears on the League's mission. As one of Maine's oldest and most well-established organizations committed to voting rights and voter participation, the League relies on publicly available election information and works with election officials.

19. The League is also deeply committed to protecting the security and integrity of all Mainers' information, including by recently testifying in support of the data privacy measures contained in LD 1822, Maine's Online Data Privacy Act. This testimony reflected the League's belief that "voters should have sufficient information about candidates and campaign issues to make informed choices" and "transparency and the public's right to know who is using what resources to influence elections are vital to their ability to cast an informed vote." As we stated, "the abuse of our personal data and the resulting distortion of our public conversation was never anticipated by law or regulation and is now out of control." A true and correct copy of the League's testimony is attached as Exhibit A.

20. The League has an interest in protecting the voting and privacy rights of its members and all Mainers.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on September 29, 2025 in Portland, Maine.

/s/ Jill M. Ward
Jill M. Ward



TO:            The Honorable Anne Carney
               The Honorable Amy Kuhn, Co-Chairs
               Members of the Joint Standing Committee on the Judiciary

DATE:          May 5, 2025

RE:            LD 1822, An Act to Enact the Maine Online Data Privacy Act

---

Good morning Senator Carney and Representative Kuhn.

My name is Ann Luther. I am a resident of Trenton. I'm submitting this written testimony on behalf of the League of Women Voters of Maine, where I serve as a volunteer and chair the League's Advocacy Committee. I am testifying in support of LD 1822.

The League of Women Voters of Maine is a nonpartisan political organization that has been working for over 100 years to encourage informed and active participation in government, to increase understanding of major public policy issues, and to influence public policy through education and advocacy. We never support or oppose any political party or candidate.

The League of Women Voters believes that, especially in the context of elections:
- voters should have sufficient information about candidates and campaign issues to make informed choices;
- transparency and the public's right to know who is using what resources to influence elections are vital to their ability to cast an informed vote;
- and undue influence in the marketplace of ideas can have a corrosive effect on public discourse and election outcomes.

We see profound new challenges that threaten these principles. The massive accumulations of private data — bought and sold as a commodity — allows unknown entities to exert undue influence over voters and elections without disclosure or disclaimer.

Here's how that works: Commercial interests with unprecedented power and reach gather information about us from surveillance devices, our actions on-line, and our smartphones. They know where we live and who our friends are and what we buy. They know our likes and dislikes, our politics and sleep habits. They use or sell that information to political actors who have an interest in manipulating us with targeted messages. Often, that content is mis-, dis-, or mal-information, micro-targeted to susceptible voters. Neither the identities nor the spending of these actors is public. And the public may not even be aware of the purposeful distortion in the information ecosystem. All of this has little connection to rational, issue-based discussion of public policy, candidates, or our shared future. We are not free agents in the marketplace of ideas.

---

PO 18187                                                              Portland, ME 04112
info@lwvme.org                    207.622.0256                        www.lwvme.org

LWVME to JUD                                                                                     May 5, 2025
LD 1822

The abuse of our personal data and the resulting distortion of our public conversation was never anticipated by law or regulation and is now out of control. The data privacy measures proposed in LD 1822 would effectively "starve the beast" while also safeguarding vital personal privacy interests. Without the massive accumulation of private data, those who seek to disrupt the marketplace of ideas would not be able to exert as much influence or as effectively tilt the landscape in political campaigns. Legislation with data minimization, data retention, and affirmative opt-in requirements would cut off these malicious actors from the data that allows them to distort our public discourse.

For these reasons, we support LD 1822.

Thank you for the opportunity to testify. I would be happy to answer any questions from the Committee.