# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHENNA BELLOWS, in her official capacity as the Secretary of State of Maine, and the STATE OF MAINE<br><br>Defendants. | Case No. 1:25-CV-468-KFW |

## DECLARATION OF SARAH STADLER IN SUPPORT OF LEAGUE OF WOMEN VOTERS OF MAINE'S MOTION TO INTERVENE AS DEFENDANT

Pursuant to 28 U.S.C. § 1746, I, Sarah Stadler, declare as follows:

1. I am an adult resident of the State of Maine and an eligible, registered voter.

2. I moved to Bath, Maine in 2020, and have been registered to vote in Sagadahoc County ever since. I have voted in Sagadahoc County in every election since 2020.

3. My family has deep connections to Maine and, prior to moving to the state full-time in 2020, I visited during most summers since childhood.

4. When registering to vote, I provided the required information, including my name, address, date of birth, and either my driver's license number or the last four digits of my social security number.

5. Until my retirement, I was a clinical psychiatrist. I mostly worked in private practice and in community clinics, providing long-term therapy and medical care. I remain licensed to practice in Maine.

6. Even prior to joining the League of Women Voters of Maine, I was politically active and engaged in elections. I previously volunteered as a canvasser in Nevada. In the lead-up to the 2024 election, I worked in Grand Rapids, Michigan for three months, registering voters. I performed this work alongside League members and was consistently impressed with their dedication.

7. I joined the League of Women Voters of Maine in January 2025, in part based on my experience in Michigan and because I believe the League had a well-established structure to perform its work and was engaged in substantial issues.

8. As a League member, I have been actively involved in its advocacy work, particularly around issues like those involved in Proposition 1 and the Clean Elections Act. I testified before the legislature on both pieces of legislation.

9. In addition to my work with the League, I have continued to volunteer as a canvasser and poll-watcher.

10. I understand that the United States Department of Justice has filed a lawsuit against Secretary Bellows and Maine seeking the complete, unredacted voter registration file, including voters' driver's license numbers, partial social security numbers, and dates of birth.

11. I am deeply concerned about the Department of Justice's attempt to compel the production of this sensitive data for a number of reasons.

12. First, in both my professional and personal experience, people's ability to maintain their privacy is incredibly important, particularly when it comes to sensitive information regarding voting. I am uncomfortable, for example, with the idea that the federal

2

government might have unrestricted access to my voter information, regardless of the privacy protections I enjoy as a Mainer.

13. Second, I am deeply concerned about how the Department of Justice may use the unredacted data it is seeking. Specifically, I worry that this data may be used to intimidate or harass voters, and thereby suppress civil participation, or that it will be used to make policy decisions that retaliate against Maine. A friend and a relative have already expressed that they are avoiding or minimizing speaking out against the administration for fear of reprisal.

14. For these reasons, I object to the Department of Justice's unexplained and expansive request for voter data, including my own.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on September 29, 2025 in Bath, Maine.

/s/Sarah Stadler
Sarah Stadler