# EXHIBIT D

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>SHENNA BELLOWS, in her official capacity as the Secretary of State of Maine, and the STATE OF MAINE<br><br>*Defendants*. | Case No. 1:25-CV-468-KFW |

## DECLARATION OF PATRICIA SPRAGUE IN SUPPORT OF LEAGUE OF WOMEN VOTERS OF MAINE'S MOTION TO INTERVENE AS DEFENDANT

Pursuant to 28 U.S.C. § 1746, I, Patricia Sprague, declare as follows:

1. I am an adult resident of the State of Maine and an eligible, registered voter.

2. I moved to Portland, Maine in 2013, and have been registered to vote in Cumberland County ever since.

3. When registering to vote, I provided the required information, including my name, address, date of birth, and either my driver's license number or the last four digits of my social security number.

4. Before my retirement last year, I worked for Portland Public Schools, where I coordinated the International Baccalaureate program and served as an instructional coach at Ocean Avenue Elementary School. In that role, I worked with many immigrant families to orient them to the program and to the school.

5. I have been a member of the League of Women Voters of Maine since 2014. I

1

joined because civic engagement is very important to me, and I wanted to work with like-minded people to foster civic engagement in Maine. As a League member, I have been actively involved in its advocacy work. I have canvassed in neighborhoods, tabled at events, and participated in phone banks to encourage Mainers to vote and answer their questions about the process. I have also lobbied at the State House and testified against LD1149, which would have made absentee voting more difficult.

6. I have also been an election worker since the fall of 2020. It was the height of the COVID-19 pandemic, and I wanted to help make sure Mainers still had the opportunity to vote. I was impressed at how many people came in on Election Day despite the pandemic, and I think the turnout speaks to Maine's strong culture of civic engagement and democratic participation.

7. Since then, I have worked in South Portland and Portland on Election Day, and I have also worked in the City Clerk's office as a volunteer helping to process absentee ballots. Throughout those experiences, I have been impressed at the seriousness with which wardens, poll workers, and the voters themselves take their responsibilities. I have tremendous respect for city clerks, town clerks, and volunteers. Elections in Maine are incredibly well run, and the people handling elections are honest and responsible. Maine law also provides significant protections for the sensitive information contained in voter registration records, which builds trust and contributes to our high rates of voter participation.

8. I understand that the Department of Justice has filed a lawsuit against Secretary Bellows and Maine seeking the complete, unredacted voter registration history of all voters in the state, including their driver's licenses, partial social security numbers, and dates of birth.

9. I am deeply concerned about the Department of Justice's attempt to compel the production of this sensitive data for a number of reasons.

10. First, I am concerned that the Department of Justice will not respect federal and state privacy laws, both as to Maine voters, and to me specifically. While I trust my state with this data, in part because of its strict privacy protections, I do not trust that my personal information wouldn't be used inappropriately. My vote is my voice, and I do not want the Department of Justice to oversee or investigate my voter registration information without a lawful reason to do so.

11. Second, while I am concerned about the safety of my own data in the hands of the Department of Justice, I am even more fearful that the Department of Justice's attempt to obtain this data will chill eligible Mainers from registering to vote and participating in our state's elections. In particular, I believe that that the threat of disclosure will deter new Mainers who have become naturalized citizens—like some of the parents I used to work with at Ocean Elementary—from registering and/or voting because they face a higher risk of being incorrectly flagged as noncitizens by the matching process that the government seems to want to perform with Maine's voter roll data.

12. Third and finally, as a Maine election worker, I am concerned by the Department of Justice's suggestion that something nefarious is going on with Maine's voter rolls simply because Maine has high rates of civic engagement. The Constitution requires states to administer their own elections, and Maine takes this responsibility very seriously.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on September 28, 2025 in Portland, Maine.

/s/Patricia Sprague
Patricia Sprague