IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

UNITED STATES OF AMERICA,

        Plaintiff,

v.

SHENNA BELLOWS, in her official capacity as the Secretary of State of the State of Maine; and the STATE OF MAINE,

        Defendants.

Civil Case No. 1:25-cv-0468-KFW

NOTICE RE:
MAGISTRATE ASSIGNMENT

## NOTICE OF REQUEST FOR TRANSFER TO DISTRICT COURT

TO MAGISTRATE JUDGE WOLF, the District Court, and all parties of record, please take notice that the U.S. Department of Justice does not consent to a Magistrate assignment on this case. The Justice Department is grateful for the Court's time and effort; however, under the circumstances, the Department requests this matter be assigned to a federal district court judge.

Dated: September 30, 2025

Respectfully submitted,

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

*David D. Vandenberg*
MICHAEL E. GATES
Deputy Assistant Attorney General
Civil Rights Division

MAUREEN S. RIORDAN
TIMOTHY F. MELLETT
BRITTANY E. BENNETT
DAVID D. VANDENBERG
Trial Attorneys
U.S. Department of Justice
Civil Rights Division
Voting Section

        150 M Street, NE, 4CON
Washington, D.C. 20002
Michael.Gates2@usdoj.gov
Maureen.Riordan2@usdoj.gov
Timothy.F.Mellett@usdoj.gov
Brittany.Bennett@usdoj.gov
David.Vandenberg@usdoj.gov
Tel. (202) 307-2767
*Attorneys for the United States*

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2025, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

*/s/ David D. Vandenberg*
David D. Vandenberg