# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:25-cv-00468-LEW |
| SHENNA BELLOWS in her official capacity as Secretary of the State of Maine and the STATE OF MAINE. | ) |
| Defendants. | ) |

## NOTICE OF CONGRESSIONAL FUNDING FOR THE U.S. DEPARTMENT OF JUSTICE AND REQUEST TO LIFT STAY

On October 1, 2025, Plaintiff United States filed an unopposed motion to stay for lack of appropriations. ECF No. 29. On October 2, 2025, the Court granted Plaintiff's motion for stay. ECF No. 30.

On November 12, 2025, Congress appropriated funds for the federal government after a lengthy lapse of appropriations, which appropriations included funding for the U.S. Department of Justice.

Therefore, Plaintiff United States respectfully requests the stay on this matter be lifted.

Dated:  November 21, 2025

Respectfully submitted,

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

_____
MAUREEN S. RIORDAN
Senior Counsel, Voting Section
Civil Rights Division
TIMOTHY F. MELLETT
DAVID D. VANDENBERG
Attorneys, Voting Section
Civil Rights Division
950 Pennsylvania Avenue 4CON
Washington, DC 20530
Maureen.Riordan2@usdoj.gov
Timothy.F.Mellett@usdoj.gov
David.Vandenberg@usdoj.gov
Tel. (202) 307-2767
Attorneys for the United States

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2025, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

*/s/ David D. Vandenberg*
David D. Vandenberg