UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SHENNA BELLOWS, in her official capacity<br>as Secretary of the State of Maine, and<br>the State of Maine,<br><br>　　　　　　Defendants. | Case No. 1:25-cv-00468-LEW |

**JOINT STATUS REPORT AND MOTION TO MODIFY BRIEFING SCHEDULES**

　　　　Plaintiff United States of America and Defendant Shenna Bellows hereby submit this Joint Status Report and Motion to Modify Briefing Schedules in this matter.

　　　　At a September 26, 2025, conference of counsel, the Court ordered the parties to meet, confer, and file a joint status report by October 10, 2025 (ECF No. 17). On October 2, 2025, before the parties could meet and confer, this case was stayed because of a lapse in appropriations to the United States Department of Justice (ECF No. 30).

　　　　On November 18, 2025, following the restoration of appropriations, the Parties—together with counsel for proposed intervenors—conferred regarding pending and anticipated motions. The parties discussed the advantages of a consolidated briefing schedule for the current parties and any prospective intervenors, who may be granted intervenor status. The parties, therefore, agreed that briefing on the motions to intervene should be expedited to give the Court an opportunity to rule on those motions (ECF Nos. 10 & 18), before dispositive motions or responses to the motion for order to show cause must be filed. To that end, the parties jointly request that the Court enter the following briefing schedule:

- The United States shall file its opposition to (1) the Motion to Intervene of John Schneck and Marpheen Chann (ECF No. 10), and (2) the Motion to Intervene of the League of Women Voters (ECF No. 18), by November 25, 2025.

- The proposed intervenors shall file any reply memoranda in support of their motions by December 8, 2025.

- Defendant Shenna Bellows and any approved intervenors shall file their responses to the Complaint and shall file their oppositions to the United States's Motion to Show Cause (ECF No. 5), by December 12, 2025.

- The United States shall respond to any motions to dismiss and shall file its reply memoranda in further support of its Motion to Show Cause by January 2, 2025.

- Defendant Shenna Bellows and any approved intervenors shall file their reply memoranda in further support of any motions to dismiss by January 16, 2026.

DATED: November 21, 2025

HARMEET K. DHILLON
Assistant Attorney General

/s/ David D. Vandenberg
MAURDEEN S. RIORDAN
Acting Chief, Voting Section
Civil Rights Division
TIMOTHY F. MELLETT
DAVID D. VANDENBERG
Attorneys, Voting Section
Civil Rights Division
950 Pennsylvania Avenue 4CON
Washington, DC 20530
Maureen.Riordan2@usdoj.gov
Timothy.F.Mellett@usdoj.gov
David.Vandenberg@usdoj.gov
Tel. (202) 307-2767
*Attorneys for the United States*

Respectfully submitted,

AARON M. FREY
Attorney General, State of Maine

/s/ Jonathan R. Bolton
JONATHAN R. BOLTON
JASON ANTON
Assistant Attorneys General
Office of the Maine Attorney General
6 State House Station
Augusta ME 04333-0006
Tel. (207) 626-8551
Fax (207) 287-3145
jonathan.bolton@maine.gov
Jason.anton@maine.gov
*Attorneys for Shenna Bellows*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 21, 2025, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

                                                          */s/ David D. Vandenberg*
                                                          David D. Vandenberg