IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHENNA BELLOWS in her official capacity as Secretary of the State of Maine and the STATE OF MAINE.<br><br>Defendants. | Case No. 1:25-CV-468-LEW |

### LEAGUE OF WOMEN VOTERS OF MAINE'S MOTION FOR LEAVE TO EXCEED PAGE LIMIT

1

Proposed Intervenor the League of Women Voters of Maine (LWVME), by counsel, respectfully moves the Court for leave to exceed the page limit for non-dispositive motions under Local Rule 7(d)(1) and, specifically, for leave to file a reply memorandum in support of its Motion to Intervene that is up to 12 pages long. In support of this motion, LWVME states as follows:

1. LWVME filed the Motion to Intervene on September 29, 2025.

2. Plaintiff United States filed a memorandum in opposition to the Motion to Intervene on November 25, 2025.

3. LWVME intends to file a reply memorandum in support of the Motion to Intervene by the December 8, 2025, deadline.

4. Local Rule 7(d)(1) provides that a reply memorandum in support of a non-dispositive motion may not exceed 7 pages.

5. LWVME moves for leave to file a reply memorandum in support of its Motion to Intervene not to exceed 12 pages.

6. LWVME requests the extra pages to adequately respond to the arguments raised in Plaintiff's opposition memorandum, which ran 20 pages.

7. The request is sought in good faith.

8. Defendants Shenna Bellows, in her official capacity as Secretary of the State of Maine, and the State of Maine, did not object to the relief requested in this motion.

9. Plaintiff United States objected to the relief requested in this motion.

WHEREFORE, LWVME respectfully requests that this Court enter an order allowing it to file a reply memorandum in support of its Motion to Intervene up to 12 pages in length and granting LWVME all other appropriate relief.

<table>
<tr><td>Dated: December 3, 2025</td><td>Respectfully submitted,<br><br>/s/ Allan K. Townsend<br><br>Allan K. Townsend, Esq. (he/him)<br>Johnson & Webbert, LLP<br>1 Bowdoin Mill Island, Suite 300<br>Topsham, Maine 04086<br>Tel: (207) 623-5110<br>Fax: (207) 624-4160<br>allan@work.law<br><br>Sejal Jhaveri (NY5396304)<br>Brent Ferguson (NY4890620)<br>Daniel S. Lenz (WI1082058)<br>Alexis Grady (DC90017620)<br>Renata O'Donnell (NY5767561)<br>Heather Szilagyi (DC90006787)<br>Kate Hamilton (DC90006168)<br>Campaign Legal Center<br>1101 14th St. NW, Suite 400<br>Washington, DC 20005<br>Tel: (202) 736-2200<br>Fax: (202) 736-2222<br><br>bferguson@campaignlegalcenter.org<br>dlenz@campaignlegalcenter.org<br>sjhaveri@campaignlegalcenter.org<br>rodonnell@campaignlegalcenter.org<br>hszilagyi@campaignlegalcenter.org<br>agrady@campaignlegalcenter.org<br>khamilton@campaignlegalcenter.org<br><br>Maura Eileen O'Connor<br>Brennan Center for Justice<br>at NYU School of Law<br>777 6th St., NW, Ste. 1100<br>Washington, DC 20001<br>Tel: (202) 249-7190<br>oconnore@brennan.law.nyu.edu<br><br>Andrew B. Garber (NY5684147)<br>Brennan Center for Justice<br>at NYU School of Law<br>120 Broadway, Suite 1750<br>Tel: (646) 292-8310</td></tr>
</table>

3

Fax: (212) 463-7308
garbera@brennan.law.nyu.edu

Counsel for Proposed Intervenor-Defendant League of Women Voters of Maine

## CERTIFICATE OF SERVICE

    I, Allan Townsend, do hereby certify that on this 3rd day of December, 2025, I caused a true and correct copy of the foregoing document to be served upon all counsel of record registered with the Court's ECF system, by electronic service via the Court's ECF transmission facilities.

Dated: December 3, 2025                          Signature:  /s/ Allan K. Townsend