UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>SHENNA BELLOWS in her official capacity as Secretary of the State of Maine and the STATE OF MAINE,<br><br>                Defendants. | Docket No. 1:25-cv-00468 |

**STATE DEFENDANTS' UNOPPOSED MOTION
TO ENLARGE PAGE LIMITS**

Defendants Shenna Bellows and State of Maine ("State Defendants") move under L.R. 7(d)(2) to enlarge **to 25 pages each** their page limits for their forthcoming Motion to Dismiss and Opposition to Motion for Order to Show Cause. State Defendants state the following in support of their motion:

1. In this action, the United States seeks to compel the State Defendants to provide to it personally identifying information on all registered voters contained in the State's Central Voter Registration system.

2. The United States's complaint contains three counts, asserting claims under the National Voter Registration Act of 1993, the Help America Vote Act, and Title III of the Civil Rights Act of 1960.

3. The United States has also filed a motion for an Order to Show Cause, in which it seeks a summary resolution of this matter outside the standard rules of civil procedure. *See* ECF No. 5 at 3.

4. As ordered by the Court on agreement of the parties (ECF No. 38), State Defendants must respond to the Complaint and the motion for Order to Show Cause by December 12, 2025.

5. State Defendants intend to respond to the Complaint by motion to dismiss. In that motion, State Defendants expect to explain why each of the three counts of the Complaint is legally insufficient and further expect to raise at least two affirmative defenses.

6. Under L.R. 7(d)(1), State Defendants' motion to dismiss is limited to 20 pages. In order to fully brief these multiple legal issues, some of which are novel, complex, or both, State Defendants have determined that they require an enlargement of 5 pages, for a total of **25 pages**.

7. State Defendants also expect to present a multifaceted response to the United States's motion for Order to Show Cause, which will include disputing whether the relevant statutes authorize departure from the normal Rules of Civil Procedure and demonstrating why State Defendants should be allowed to seek discovery should their motion to dismiss be denied.

8. Under L.R. 7(d)(1), State Defendants' opposition to this significant but nondispositive motion is limited to 10 pages. State Defendants have determined that an enlargement of 15 pages, for a total of **25 pages,** is necessary for them to fully present their factual and legal arguments against the United States's motion.

9. The United States has indicated that it does not object to State Defendants' requests for these enlargements.

For the above reasons, State Defendants respectfully move that the Court (a) enlarge their page limit for their forthcoming motion to dismiss to **25 pages**, and (b) enlarge their page limit for their forthcoming opposition to the United States's motion for Order to Show Cause (ECF No. 5) to **25 pages.**

Dated: December 8, 2025

AARON M. FREY
Attorney General

`/s/ Jonathan R. Bolton`
Jonathan R. Bolton
Jason Anton
Assistant Attorneys General
Office of the Attorney General
6 State House Station
Augusta, ME 04333-0006
Tel. (207) 626-8800
jonathan.bolton@maine.gov
jason.anton@maine.gov