**UNITED STATES DISTRICT COURT
DISTRICT OF MAINE**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>SHENNA BELLOWS, in her official capacity as the Secretary of the State of Maine, and the STATE OF MAINE,<br><br>                    Defendants. | Case No. 1:25-CV-468-LEW |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Proposed Intervenors John Schneck and Marpheen Chann (collectively, "Proposed Intervenors") respectfully provide the Court notice of supplemental authority supporting Proposed Intervenors' pending motion to intervene. Namely, a federal court in Michigan hearing DOJ's parallel suit for that state's voter list recently granted intervention as of right to individual voters and a civic organization to defend against DOJ's claims. *See* Order, *United States v. Benson*, No. 1:25-cv-1148 (W.D. Mich. Dec. 9, 2025), ECF No. 45. The court rejected each of the arguments that DOJ made in opposition here, including that intervenor-defendants require a private cause of action, *id.* at 5–6; that voters lack a sufficient protectable interest in maintaining the privacy of their information, *id.* at 3–4, 6–9; and that state defendants adequately represent the interests of voters seeking to defend their privacy interests, *id.* at 10–12. Indeed, this is the second court to reject these same arguments and grant intervention as of right to individual voters to defend against DOJ's suits for state voter lists. *See United States v. Oregon*, No. 6:25-cv-01666-MTK, 2025 WL 3496571 (D. Or. Dec. 5, 2025). Proposed Intervenors attach the Order as Exhibit 1.

| | |
|---|---|
| December 9, 2025 | Respectfully submitted,<br><br>*/s/ Elisabeth C. Frost*<br>Elisabeth C. Frost\*<br>Christopher D. Dodge\*<br>Branden D. Lewiston\*<br>Tori Shaw\*<br>**ELIAS LAW GROUP LLP**<br>250 Massachusetts Ave. NW, Suite 400<br>Washington, DC 20001<br>Telephone: (202) 968-4490<br>efrost@elias.law<br>cdodge@elias.law<br>blewiston@elias.law<br>tshaw@elias.law<br><br>James G. Monteleone<br>**BERNSTEIN SHUR**<br>100 Middle Street/PO Box 9729<br>Portland, Maine 04104-5029<br>jmonteleone@bernsteinshur.com<br><br>\*Admitted *Pro Hac Vice*<br><br>*Counsel for Proposed Intervenors John Schneck and Marpheen Chann* |