UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SHENNA BELLOWS, in her official capacity as the Secretary of the State of Maine, and the STATE OF MAINE,<br><br>    Defendants. | Case No. 1:25-CV-468-LEW |

**NOTICE REGARDING PLAINTIFF'S CHANGE IN POSITION**

Proposed Intervenors John Schneck and Marpheen Chann (collectively, "Proposed Intervenors") respectfully provide the Court notice that on December 11, 2025, counsel for Plaintiff the United States informed counsel for Proposed Intervenors that Plaintiff no longer opposes Proposed Intervenors' motion to intervene in this case, which remains pending, *see* ECF No. 10. Accordingly, no party opposes Proposed Intervenors' pending intervention motion, and Proposed Intervenors therefore respectfully ask that the motion be granted.

December 11, 2025

Respectfully submitted,

*/s/ Elisabeth C. Frost*
Elisabeth C. Frost*
Christopher D. Dodge*
Branden D. Lewiston*
Tori Shaw*
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
Telephone: (202) 968-4490
efrost@elias.law
cdodge@elias.law

1

blewiston@elias.law
tshaw@elias.law

James G. Monteleone
**BERNSTEIN SHUR**
100 Middle Street/PO Box 9729
Portland, Maine 04104-5029
jmonteleone@bernsteinshur.com

*Admitted *Pro Hac Vice*

*Counsel for Proposed Intervenors John Schneck and Marpheen Chann*