IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>SHENNA BELLOWS, in her official capacity as the Secretary of State of Maine, and the STATE OF MAINE<br><br>*Defendants*. | Case No. 1:25-CV-468-LEW |

**NOTICE CONCERNING PLAINTIFF'S CHANGE IN POSITION ON INTERVENTION**

Proposed Intervenor-Defendant League of Women Voters of Maine (LWVME) respectfully provides the Court with notice that on December 11, 2025, counsel for Plaintiff informed counsel for Proposed Intervenor-Defendant LWVME that Plaintiff no longer opposes interventions. Thus, Plaintiff does not oppose LWVME's pending motion to intervene, ECF No. 18. As a result of this change in position, no party opposes LWVME's pending motion to intervene. LWVME therefore respectfully requests that the Court grant the motion to intervene.

December 12, 2025                    Respectfully submitted,

                                     /s/ Renata O'Donnell
                                     Renata O'Donnell (D.C. Bar No. 1723929)

1

Allan K. Townsend, Esq. (he/him)
Johnson & Webbert, LLP
1 Bowdoin Mill Island, Suite 300
Topsham, ME 04086
Tel: (207) 623-5110
Fax: (207) 622-4160
allan@work.law

Brent Ferguson
Daniel S. Lenz
Sejal Jhaveri
Renata O'Donnell
Heather Szilagyi
Alexis Grady
Kate Hamilton
Campaign Legal Center
1101 14th St. NW, Suite 400
Washington, DC 20005
Tel: (202) 736-2200
Fax: (202) 736-2222
bferguson@campaignlegalcenter.org
dlenz@campaignlegalcenter.org
sjhaveri@campaignlegalcenter.org
rodonnell@campaignlegalcenter.org
hszilagyi@campaignlegalcenter.org
agrady@campaignlegalcenter.org
khamilton@campaignlegalcenter.org


Counsel for Proposed Intervenor League of Women Voters of Maine

3

## CERTIFICATE OF SERVICE

      I, Renata O'Donnell, do hereby certify that on this 12th day of December, 2025, I caused a true and correct copy of the foregoing document to be served upon all counsel of record registered with the Court's ECF system, by electronic service via the Court's ECF transmission facilities.


Date: December 12, 2025                                         Signature:  /s/ Renata O'Donnell