UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> SHENNA BELLOWS in her official capacity ) <br> as Secretary of the State of Maine and the ) <br> STATE OF MAINE, ) <br> ) <br> Defendants. ) | No. 1:25-cv-0468-LEW |

**Notice Regarding the United States' Position on Amicus Participation**

On December 23, 2025, the State of Maryland and sixteen other States ("the Amici States"),[1] respectfully moved this Court for leave to submit an *amicus curiae* brief in support of Defendants in this matter. The motion explained that undersigned counsel notified the United States of the intention to file a motion for leave to submit an amicus brief on the evening of December 22, 2025, providing a full business day for the federal government to convey its position on the motion. On December 23, the United States acknowledged receipt of that communication and indicated that the request had been forwarded to leadership, but had not stated a position on the motion.

The Amici States submit this notice to update the Court that on the evening of January 5, 2026, the United States conveyed to undersigned counsel that it takes no position on the motion for leave to submit an *amicus curiae* brief and leaves the issue to the discretion of the Court.

---

[1] The States are Arizona, California, Colorado, Delaware, Hawaiʻi, Illinois, Maryland, Michigan, Minnesota, Nevada, New Jersey, New Mexico, New York, Oregon, Rhode Island, Vermont, and Washington.

Dated: January 6, 2026

Respectfully submitted,

ANTHONY G. BROWN
Attorney General of Maryland

/s/ Virginia A. Williamson
Virginia A. Williamson (admitted pro hac vice)
Assistant Attorney General
vwilliamson@oag.maryland.gov
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 210202
(410) 576-6584

/s/ Peter J. Brann
Peter J. Brann
Brann & Isaacson
113 Lisbon St., P.O. Box 3070
Lewiston, ME  04243-3070
(207) 786-3566
pbrann@brannlaw.com

*Attorneys for Proposed* Amicus Curiae
*State of Maryland*


/s/ Virginia A. Williamson
Virginia A. Williamson (admitted pro hac vice)
Assistant Attorney General
vwilliamson@oag.maryland.gov
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 210202
(410) 576-6584
(410) 576-6955 (facsimile)

*Attorney for Other Proposed* Amicus Curiae
*States*