# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>SHENNA BELLOWS, in her official capacity as Secretary of the State of Maine,<br><br>       Defendant. | Case No. 1:25-cv-00468-LEW |

## NOTICE

    Plaintiff, United States of America, respectfully submits this Notice of an order issued in *United States of America v. Stephanie Thomas*, No. 3:26-cv-00021 (D. Conn., filed Jan. 06, 2026). That case raises identical claims as those in the present litigation, but against the Secretary of State for the State of Connecticut. There, the Court (Dooley, J.) has agreed with the United States that, once the Attorney General has alleged that she has properly demanded production of records and papers under the Civil Rights Act of 1960, and the custodian has refused to comply with that demand, the proper course is for the district court to order the defendant to show cause why the custodian should not be ordered to produce the requested records and papers. *See* 52 U.S.C. § 20703. As the United States has explained, "[t]here is no place for any other procedural device or maneuver." *Kennedy v. Lynd*, 306 F.2d 222, 226 (5th Cir. 1962).

    Accordingly, on January 8, 2026, the *Thomas* court issued an Order to Show Cause why the State of Connecticut "should not be ordered to provide the SVRL to the Attorney General, as well as the other documents demanded by the Attorney General to ascertain Defendant's compliance with federal law, to wit, the NVRA and HAVA." *United States v. Thomas*, *supra*, ECF 10 (D. Conn. Jan. 8, 2026).

    A copy of the order is attached to this Notice as Exhibit 1.

1

| | |
|---|---|
| Dated:  January 12, 2026 | Respectfully submitted, |
| | HARMEET K. DHILLON<br>Assistant Attorney General<br>Civil Rights Division |
| | ERIC NEFF<br>Acting Chief, Voting Section<br>Civil Rights Division |
| | */s/ David D. Vandenberg*<br>DAVID D. VANDENBERG<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Rights Division<br>Voting Section<br>150 M Street, NE, 4CON<br>Washington, D.C.  20002<br>David.Vandenberg@usdoj.gov<br>Tel. (202) 307-2767<br>*Attorney for the United States* |

## **CERTIFICATE OF SERVICE**

     I hereby certify that on January 12, 2026, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

                                          */s/ David D. Vandenberg*
                                          David D. Vandenberg