UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>            v.<br><br>SHENNA BELLOWS in her official capacity as Secretary of the State of Maine and the STATE OF MAINE,<br><br>                    Defendants. | Docket No. 1:25-cv-00468 |

### MAINE'S RESPONSE TO THE UNITED STATES'S NOTICE

Maine files this response to the United States's ("DOJ's") Notice (ECF No. 78), which indicated that that the court in *United States v. Thomas*, No. 3:26-cv-00021 (D. Conn.) issued an Order to Show Cause in that matter.

Of the 23 actions DOJ has filed so far seeking States' (and the District of Columbia's) unredacted voter registration databases, it has filed motions for orders to show cause or to compel production in 20.[1] To undersigned's knowledge, the Connecticut order cited by DOJ is the only one of

---

[1] *See United States v. Fontes*, No. 2:26-cv-00066 (D. Az.) (motion to compel filed Jan. 7, 2026); *United States v. Weber*, No. 2:25-cv-09149 (C.D. Cal.) (request for order to produce records filed Dec. 1, 2025); *United States v. Griswold*, No. 1:25-cv-03967 (D. Colo.) (motion to compel filed Dec. 11, 2025); *United States v. Thomas*, No. 3:26 cv 00021 (D. Conn.) (motion to compel filed Jan. 7, 2026); *United States v. Albence*, No. 1:25-cv-01453 (D. Del.) (motion for production filed Dec. 2, 2025); *United States v. Evans*, No. 1:25-cv-04403 (D.D.C.) (motion to compel filed Dec. 18, 2025); *United States v. Raffensperger*, No. 1:25-cv-00548 (M.D. Ga.) (motion to compel filed Dec. 18, 2025); *United States v. Matthews*, No. 3:25-cv-03398 (C.D. Ill.) (motion to compel filed Dec. 19, 2025);  *United States v. Nago*, No. 1:25-cv-00522 (D. Haw.) (motion to compel filed Dec. 11, 2025); *United States v. Bellows*, No. 1:25-cv-00468 (D. Me.) (motion for order to show cause filed Sept. 18, 2025); *United States v. Demarinis*, No. 1:25-cv-03934 (D. Md.) (motion to compel filed Dec. 1, 2025); *United States v. Galvin*, No. 1:25-cv-13816 (D. Mass.) (motion to compel filed Dec. 12, 2025); United *States v. Simon*, 0:25-cv-03761 (D. Minn.) (motion to compel filed Dec. 23, 2025); *United States v. Aguilar*, No. 3:25-cv-00728 (D. Nev.) (motion to compel filed Dec. 11, 2025); *United States v. Oliver*, No. 1:25-cv-01193 (D.N.M.) (motion to compel filed Dec. 2, 2025); *United States v. Bd. of Elections of the State of N.Y.*, No. 1:25-cv-01338 (N.D.N.Y.) (cross-motion to compel filed Jan. 6, 2026); *United States v. Amore*, No. 1:25-cv-00639

its kind. Further, that order, though styled as an order to show cause, was issued the day after DOJ filed its motion, and is essentially a briefing/hearing schedule. It contains no substantive discussion or legal conclusions, let alone "agree[ment]" with DOJ's position regarding appropriate procedure. *See* ECF No. 78-1.

Confronted with a similar motion for an order to show cause, the court in *United States v. Weber*, 2:25-cv-09149-DOC-ADS (C.D. Cal.), took a different approach, granting California's ex parte application to deny or defer briefing on that motion. *See* Exhibit A. In support of its motion, California argued that briefing should be deferred "until the Court has ruled on the pending motions to dismiss and the parties have had an opportunity to develop a factual record." *See* Exhibit B at 2.

Here, pursuant to the briefing schedule agreed to by the parties, Maine has also moved to dismiss, and it has raised substantial arguments as to why issuance of an order to show cause is inappropriate (ECF No. 55). Notably, DOJ forfeited its opportunity to respond to Maine's arguments regarding issuance of an order to show cause by failing to file a reply brief.

| | |
|---|---|
| Dated: January 13, 2026 | AARON M. FREY<br>Attorney General<br><br>/s/ Jonathan R. Bolton<br>Jonathan R. Bolton<br>Jason Anton<br>Assistant Attorneys General<br>Office of the Attorney General<br>6 State House Station<br>Augusta, ME 04333–0006<br>Tel. (207) 626–8800<br>jonathan.bolton@maine.gov<br>jason.anton@maine.gov |

---

(D.R.I.) (motion to compel filed Dec. 2, 2025); *United States v. Hanzas*, No. 2:25-cv-00903 (D. Vt.) (motion to compel filed Dec. 1, 2025); *United States v. Hobbs*, No. 3:25-cv-06078 (W.D. Wash.) (motion to compel filed Dec. 2, 2025); *United States v. Wisc. Elections Comm'n*, 3:25-cv-01036 (W.D. Wis.) (motion to compel filed Dec. 18, 2025).