IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SHENNA BELLOWS, in her official capacity as the Secretary of State of Maine, and the STATE OF MAINE<br><br>　　　　Defendants. | Case No. 1:25-CV-0468-LEW |

**MOTION OF AMERICAN CIVIL LIBERTIES UNION OF MAINE
FOR LEAVE TO PARTICIPATE IN ORAL ARGUMENT**

Amicus Curiae American Civil Liberties Union of Maine ("ACLU of Maine") requests that it be permitted to participate in the upcoming oral arguments on the Defendants' Motion to Dismiss and the Plaintiff's Motion to Show Cause, and in support of its motion states the following:

1. The Court has scheduled oral arguments on Plaintiff's Motion to Show Cause (Docket No. 5) and Defendants' Motion to Dismiss (Docket No. 54) for March 26 at 9 a.m.

2. In its Motion for Leave to File Amicus Curiae Brief (Docket No. 56), the ACLU of Maine asked the Court to grant it "amicus plus" status, which in this District denotes an amicus curiae who also participates in oral arguments in addition to filing a brief.

3. In support of its request, the ACLU of Maine pointed to cases within this District where it had been permitted to "bring all their civil liberties skills to bear on the case as *amicus* (or *amici*) *curiae*" and to participate in oral arguments. *See, e.g., Carson as Next Friends of Their Child, OC v. Hasson*, No. 1:18-CV-327-DBH, 2018 WL 6382055, at *2 (D. Me.

Dec. 6, 2018); *United States v. Maine*, No. 1:24-CV-00315-SDN, 2025 WL 2582122, at *2 (D. Me. Sept. 5, 2025).

4. Counsel for ACLU of Maine are participating (as intervenors and amicus curiae) in similar cases across the country and can share perspectives from those cases with the Court.

5. ACLU of Maine requests that it be given up to five minutes for its oral presentation and to answer any questions that the Court might have.

Therefore, ACLU of Maine requests that the Court GRANT its motion and permit it to participate in the upcoming oral argument.

Dated: March 12, 2026                             Respectfully submitted,

/s/ Zachary L. Heiden
Zachary L. Heiden
Carol Garvan
American Civil Liberties Union of Maine
    Foundation
121 Middle Street, Suite 200
Portland, Maine 04101
(207) 619-6224
heiden@aclumaine.org
cgarvan@aclumaine.org

Theresa J. Lee*
Jonathan Topaz*
Sophia Lin Lakin*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
tlee@aclu.org
jtopaz@aclu.org
slakin@aclu.org

Patricia Yan*

American Civil Liberties Union Foundation
915 15th Street NW
Washington, DC 20005
(202) 457-0800
pyan@aclu.org

*admitted pro hac vice*