IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHENNA BELLOWS, in her official capacity as Secretary of the State of Maine, and the STATE OF MAINE,<br><br>Defendants. | Case No. 1:25-CV-0468-LEW<br><br>**UNITED STATES' NOTICE OF NO OPPOSITION TO ACLU'S LEAVE TO PARTICIPATE IN ORAL ARGUMENT (DOC. 95)** |

The United States does not oppose ACLU's Motion for Leave to Participate in Oral Argument set for March 26, 2026, for up to five minutes as requested.

Dated: March 13, 2026

Respectfully submitted,

HARMEET DHILLON
Assistant Attorney General
Civil Rights Division

ERIC V. NEFF
Acting Chief, Voting Section
Civil Rights Division

/s/ *Brittany E. Bennett*
BRITTANY E. BENNETT

Trial Attorney, Voting Section
U.S. Department of Justice
4 Constitution Square
150 M Street NE, Room 8.141
Washington, D.C. 20002
Telephone: (202) 704-5430
E-mail: Brittany.Bennett@usdoj.gov
Civil Rights Division

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2026, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

*/s/ Brittany E. Bennett*

BRITTANY E. BENNETT
Trial Attorney, Voting Section
U.S. Department of Justice
Civil Rights Division