AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Maine

| | |
|---|---|
| United States of America | ) |
| *Plaintiff* | ) |
| v. | )     Case No.     1:25-cv-00468-LEW |
| Shenna Bellows, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff United States of America                                                      .

Date:     03/16/2026

/s/ James Thomas Tucker
*Attorney's signature*

James Thomas Tucker (D.C. 90010157)
*Printed name and bar number*

United States Department of Justice
Civil Rights Division, Voting Section 950
Pennsylvania Ave. NW, 4CON 8.923
Washington, DC 20530
*Address*

james.t.tucker@usdoj.gov
*E-mail address*

(202) 307-2767
*Telephone number*

(202) 307-3961
*FAX number*