UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

UNITED STATES OF AMERICA,

Plaintiff,

v.

SHENNA BELLOWS in her official capacity
as Secretary of the State of Maine and the
STATE OF MAINE,

Defendants.

Docket No. 1:25-cv-00468

**STATE DEFENDANTS' CONSENT TO PARTICIPATION OF THE
AMERICAN CIVIL LIBERTIES UNION OF MAINE IN ORAL ARGUMENT**

In response to the Motion filed by the American Civil Liberties Union of Maine (ACLU)

(ECF No. 95), Defendants Secretary of State Shenna Bellows and the State of Maine hereby

consent to the participation of the ACLU in the oral argument scheduled for March 26, 2026.

Dated: March 19, 2026

AARON M. FREY
Attorney General


/s/ Jason Anton
Jason Anton
Assistant Attorney General
Office of the Attorney General
6 State House Station
Augusta, ME 04333-0006
Tel. (207) 626-8800
jason.anton@maine.gov