**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>SHENNA BELLOWS, in her official capacity as the Secretary of State of Maine, and the STATE OF MAINE.,<br><br>        Defendants. | Case. No. 1:25-cv-468-KFW |

**INTERVENORS JOHN SCHNECK AND MARPHEEN CHANN'S RESPONSE TO AMERICAN CIVIL LIBERTIES UNION OF MAINE'S MOTION FOR LEAVE TO PARTICIPATE IN ORAL ARGUMENT**

As instructed by the Court, *see* March 12, 2026 Text Order, Intervenors John Schneck and Marpheen Chann ("Voter Intervenors") submit this response to Amicus Curiae American Civil Liberties Union of Maine's Motion for Leave to Participate in Oral Argument ("Motion"), ECF No. 95. Voter Intervenors take the same position set forth in the State of Maine's response to the Motion. *See* ECF No. 98.

Dated: March 19, 2026

Respectfully submitted,

*/s/ Elizabeth C. Frost*
Elisabeth C. Frost*
Christopher D. Dodge*
Branden D. Lewiston*
Tori Shaw*
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
Telephone: (202) 968-4490
efrost@elias.law
cdodge@elias.law

1

blewiston@elias.law
tshaw@elias.law

James G. Monteleone
**BERNSTEIN SHUR**
100 Middle Street/PO Box 9729
Portland, Maine 04104-5029
jmonteleone@bernsteinshur.com

*Appearing *Pro Hac Vice*

*Counsel for Intervenors John Schneck and Marpheen Chann*

2