**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| *Plaintiff*, | |
| v. | Case No. 1:25-CV-468-LEW |
| SHENNA BELLOWS, in her official capacity as the Secretary of State of Maine, and the STATE OF MAINE, | |
| *Defendants*, | |
| JOHN SCHNECK and MARPHEEN CHANN, | |
| *Defendant-Intervenors,* | |
| LEAGUE OF WOMEN VOTERS OF MAINE | |
| *Defendant-Intervenors*. | |

**LEAGUE OF WOMEN VOTERS OF MAINE'S CONSENT TO PARTICIPATION OF THE AMERICAN CIVIL LIBERTIES UNION OF MAINE IN ORAL ARGUMENT**

In response to the Motion filed by the American Civil Liberties Union of Maine (ACLU) (ECF No. 95), Intervenor-Defendant League of Women Voters of Maine hereby consent to the participation of the ACLU in the oral argument scheduled for March 26, 2026.

Respectfully submitted,

Dated: March 19, 2026

/s/ *Allan K. Townsend*

Allan K. Townsend
Johnson, Webbert & Beard, LLP
1 Bowdoin Mill Island, Suite 300
Topsham, ME 04086
Tel : (207) 623-5110
Fax: (207) 622-4160
allan@work.law

Brent Ferguson
Daniel S. Lenz
Sejal Jhaveri
Renata O'Donnell
Heather Szilagyi
Alexis Grady
Kate Hamilton
Campaign Legal Center
1101 14th St. NW, Suite 400
Washington, DC 20005
Tel: (202) 736-2200
Fax: (202) 736-2222
bferguson@campaignlegalcenter.org
dlenz@campaignlegalcenter.org
sjhaveri@campaignlegalcenter.org
rodonnell@campaignlegalcenter.org
hszilagyi@campaignlegalcenter.org
agrady@campaignlegalcenter.org
khamilton@campaignlegalcenter.org

Maura Eileen O'Connor
Brennan Center for Justice
at NYU School of Law
777 6th St. NW, Ste. 1100
Washington, DC 20001
Tel: (202) 249-7190
oconnore@brennan.law.nyu.edu

Andrew B. Garber
Brennan Center for Justice
at NYU School of Law
120 Broadway, Suite 1750
Tel: (646) 292-8310

Fax: (212) 463-7308
garbera@brennan.law.nyu.edu

Counsel for Intervenor League of Women Voters of Maine

**CERTIFICATE OF SERVICE**

I, Allan K. Townsend, do hereby certify that on this 19th day of March, 2026, I caused a true and correct copy of the foregoing document to be served upon all counsel of record registered with the Court's ECF system, by electronic service via the Court's ECF transmission facilities.

Date: March 19, 2026                              Signature:  /s/ *Allan K. Townsend*