**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

UNITED STATES OF AMERICA,

*Plaintiff*,

v.

SHENNA BELLOWS, in her official capacity as the Secretary of State of Maine, and the STATE OF MAINE,

*Defendants*,

JOHN   SCHNECK   and   MARPHEEN CHANN,

*Defendant-Intervenors,*

LEAGUE   OF   WOMEN   VOTERS   OF MAINE

*Defendant-Intervenors*.

Case No. 1:25-CV-468-LEW

## LEAGUE OF WOMEN VOTERS OF MAINE'S NOTICE OF SUPPLEMENTAL AUTHORITY

On March 26, 2026, the Court held a hearing on the motions to dismiss. ECF No. 102. On the same day, the U.S. District Court for the District of Rhode Island held a hearing in *United States v. Amore*, No. 1:25-cv-639-MSM-PAS (D.R.I. Mar. 26, 2026), Plaintiff's parallel suit demanding the unredacted voter list from Rhode Island. A transcript of the proceedings in Rhode Island is attached hereto as Exhibit A. The hearings covered substantially similar issues, although Plaintiff provided more details in Rhode Island about how the Civil Rights Division of the U.S. Department of Justice plans to use the data from the states. Those details are relevant for this Court's inquiry of whether Plaintiff has stated a basis and an appropriate purpose for their demand under the Civil Rights Act of 1960. For example, in this case, Plaintiff stated that the lists are

"being used solely for the purposes . . . stated in the letters, to assess compliance with both HAVA and the NVRA, both the HAVA identifier requirement but also the list maintenance requirements." ME MTD Hearing Tr. at 104:18-22. But in Rhode Island, Plaintiff made clear that it intends to run the lists "against DHS's SAVE database." RI MTD Hearing Tr. at 50:17-23. As the court in Rhode Island observed, this process exceeds the federal executive branch's constitutional and statutory power. *Id.* at 55:21-56:7 ("[D]ecid[ing] whether you're in compliance or not based on putting data that is personally identifying information through yet another database that we don't know anything about, that apparently is only a couple months old, to me it says that you are asserting the role that HAVA gave to the states.").

In addition, the United States more broadly argued in Rhode Island that it can and will give voter roll data to other federal agencies. *Id.* at 65:1-11 (counsel for Plaintiff saying "we intend to do so" when asked whether the government will send the voter rolls to the Department of Homeland Security). While Plaintiff argued in Rhode Island, as it did in this case, that the Civil Rights Division would not misuse the data, it also admitted that "the Civil Rights Division cannot promise what any other agency will or will not do." *Id.* at 66:12-14. And while Plaintiff continued to argue it would only use the data for authorized purposes, these additional details raise further questions about Plaintiff's true purpose for seeking to compel the unredacted voter files from 30 states and the District of Columbia.

Finally, the LWVME attaches at Exhibit B, the executive order issued by President Trump on March 31, 2026. [1] The Order mandates the creation and maintenance of various lists including lists created by the Department of Homeland Security of eligible U.S. citizens for each state. *See*

---

[1] The Executive Order is also available at https://www.whitehouse.gov/presidential-actions/2026/03/ensuring-citizenship-verification-and-integrity-in-federal-elections/.

Ex. B. This contradicts with Plaintiff's assertions to this Court last week that it was not creating a "national database."  ME MTD Hearing Tr. at 51: 3-13.

Dated: April 3, 2026

Respectfully submitted,

*/s/ Sejal Jhaveri*

Allan K. Townsend
Johnson, Webbert & Beard, LLP
1 Bowdoin Mill Island, Suite 300
Topsham, ME 04086
Tel : (207) 623-5110
Fax: (207) 622-4160
allan@work.law

Brent Ferguson
Daniel S. Lenz
Sejal Jhaveri
Renata O'Donnell
Heather Szilagyi
Alexis Grady
Kate Hamilton
Campaign Legal Center
1101 14th St. NW, Suite 400
Washington, DC 20005
Tel: (202) 736-2200
Fax: (202) 736-2222
bferguson@campaignlegalcenter.org
dlenz@campaignlegalcenter.org
sjhaveri@campaignlegalcenter.org
rodonnell@campaignlegalcenter.org
hszilagyi@campaignlegalcenter.org
agrady@campaignlegalcenter.org
khamilton@campaignlegalcenter.org

Maura Eileen O'Connor
Brennan Center for Justice
at NYU School of Law
777 6th St. NW, Ste. 1100
Washington, DC 20001
Tel: (202) 249-7190
oconnore@brennan.law.nyu.edu

Andrew B. Garber

Brennan Center for Justice
at NYU School of Law
120 Broadway, Suite 1750
Tel: (646) 292-8310
Fax: (212) 463-7308
garbera@brennan.law.nyu.edu

*Counsel for Intervenor League of Women Voters of Maine*

**CERTIFICATE OF SERVICE**

I, Sejal Jhaveri, do hereby certify that on this 3rd day of April, 2026, I caused a true and correct copy of the foregoing document to be served upon all counsel of record registered with the Court's ECF system, by electronic service via the Court's ECF transmission facilities.


Date: April 3, 2026                                Signature:  /s/*Sejal Jhaveri*