**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SHENNA BELLOWS, in her official capacity as the Secretary of State of Maine and the STATE OF MAINE, <br><br> Defendants. | Case No. 1:25-cv-468-LEW |

**INTERVENORS JOHN SCHNECK AND MARPHEEN CHANN'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Intervenors John Schneck and Marpheen Chann ("Voter Intervenors") respectfully provide the Court notice of supplemental authority supporting Voter Intervenors' pending Motion to Dismiss. *See* ECF No. 61. Today, in DOJ's parallel suit against Secretary Galvin of the Commonwealth of Massachusetts, the district court entered an Order dismissing DOJ's complaint on the ground that DOJ failed to state any basis for its demand as required by Title III of the CRA. *See* Order, *United States v. Galvin*, No. 1:25-cv-13816-LTS (D. Mass. Apr. 9, 2026), ECF No. 92 (attached hereto as Exhibit A). Accordingly, four courts have now dismissed DOJ's complaints in these matters, whereas not one has found it to have stated a valid claim. The district court's conclusion reinforces the point, made at oral argument, that DOJ lacks a meaningful basis for investigating any of the 30 states (plus D.C.) that it has sued based on substantially identical allegations. *See* MTD Tr. 34:25–33:5.

1

Dated: April 9, 2026

Respectfully submitted,

*/s/ Elisabeth C. Frost*
Elisabeth C. Frost*
Christopher D. Dodge*
Branden D. Lewiston*
Tori Shaw*
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
Telephone: (202) 968-4490
efrost@elias.law
cdodge@elias.law
blewiston@elias.law
tshaw@elias.law

James G. Monteleone
**BERNSTEIN SHUR**
100 Middle Street/PO Box 9729
Portland, Maine 04104-5029
jmonteleone@bernsteinshur.com

*Admitted *Pro Hac Vice*

*Counsel for Voter Intervenors John Schneck and Marpheen Chann*