UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHENNA BELLOWS in her official capacity as Secretary of the State of Maine and the STATE OF MAINE,<br><br>Defendants. | Docket No. 1:25-cv-00468 |

**NOTICE OF SUPPLEMENTAL AUTHORITY
OF SHENNA BELLOWS AND STATE OF MAINE**

Defendants Shenna Bellows and the State of Maine ("Maine") respectfully provide this Court notice of supplemental authority supporting Maine's pending Motion to Dismiss. *See* ECF No. 54. This morning, in DOJ's parallel suit against Gregg M. Amore, the Secretary of State of Rhode Island, the court entered an order denying DOJ's motion to compel production of an unredacted copy of Rhode Island's voter registration list and granted the defendants' motions to dismiss the case. *See* Memorandum and Order, *United States v. Amore*, C.A. No. 25-cv-00639-MSM-PAS (D.R.I. Apr. 17, 2026), ECF No. 51 (attached as Exhibit A). Ruling that DOJ was not entitled to a summary proceeding, the court's decision rested principally on DOJ's failure to articulate a legally sufficient factual basis for its demand under Title III of the CRA. The court also rejected DOJ's request to send a "curing elaboration letter" because it reasoned that DOJ's stated purpose, namely ensuring compliance with the NVRA and HAVA, would remain insufficient under Title III of the CRA since it does not plausibly relate to individual voting rights. The District of Rhode Island thus joins a growing consensus of courts that have rejected DOJ's efforts to obtain unredacted state voter files.

1

Dated: April 17, 2026

AARON M. FREY
Attorney General

/s/ Jonathan R. Bolton
Jonathan R. Bolton
Jason Anton
Assistant Attorneys General
Office of the Attorney General
6 State House Station
Augusta, ME 04333–0006
Tel. (207) 626–8800
jonathan.bolton@maine.gov
jason.anton@maine.gov

*Counsel for Defendants Shenna Bellows and State of Maine*