**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MAINE**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No: 1:25-cv-00468-LEW |
| SHENNA BELLOWS, in her official capacity as the Secretary of State of Maine; and the STATE OF MAINE, | |
| Defendants. | |

**NOTICE OF APPEAL**

Plaintiff UNITED STATES OF AMERICA, by and through the Attorney General, appeals to the United States Court of Appeals for the First Circuit from this Court's Order denying the United States' Motion for an Order to Show Cause and granting Defendants' Motion to Dismiss and Intervenors' Motions to Dismiss (ECF 114) and final judgment (ECF 115) entered in this action on May 21, 2026.

Dated: June 5, 2026

Respectfully submitted:

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

JESUS A. OSETE
Principal Deputy Assistant Attorney General
Civil Rights Division

ERIC V. NEFF
Acting Chief, Voting Section

ANDREW G. BRANIFF
Acting Chief, Appellate Section


*/s/ James Thomas Tucker*
TIMOTHY F. MELLETT
JAMES THOMAS TUCKER
Attorneys, Voting Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE, Room 8.923
Washington, D.C. 20530
Telephone: (202) 307-2767
Email: james.t.tucker@usdoj.gov

Attorneys for the United States of America

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 5, 2026, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

_/s/ James Thomas Tucker_
James Thomas Tucker