**UNITED STATES DISTRICT COURT
DISTRICT OF MAINE**

**APPEAL COVER SHEET**

| | |
|---|---|
| D.C. #  1:25-cv-00468-LEW | C.C.A. # |
| CASE TITLE: United States of America v. Shenna Bellows, et al | |
| Name of Counsel for Appellant(s): | Brittany E. Bennett, David D. Vandenberg, James Thomas Tucker, Michael Gates and Christopher Gardner |
| Name of Counsel for Appellee(s): | Jason Anton and Jonathan R. Bolton |
| Name of Judge: | Lance E. Walker, Chief U.S. District Judge |
| Court Reporter(s) & Dates: | March 26, 2026 - Lori Dunbar |
| Transcript Ordered? | ☒ Yes     ☐ No |
| Court Appointed Counsel? | ☐ Yes     ☒ No |
| Fee Paid? | ☐ Yes     ☒ No |
| In Forma Pauperis? | ☐ Yes     ☒ No |
| Motions Pending? | ☐ Yes     ☒ No |
| Guidelines Case? | ☐ Yes     ☒ No |
| Related Case on Appeal? | ☐ Yes     ☐ No |
| C. C. A. # (if available) | |
| Date of Last Appeal | |
| Special Comments: | |