UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

UNITED STATES OF AMERICA     )
                                     )
v.                                    )    CIVIL CASE NO.: 1:25-cv-00468-LEW
                                       )
SHENNA BELLOWS, et al        )

## CLERK'S CIVIL CERTIFICATE

I, Jennifer P. Lyons, Clerk of the United States District Court for the District of Maine, hereby certify that the following are hereby electronically transmitted to the First Circuit Court of Appeals and constitute the Abbreviated record on appeal:

| Documents Numbered: | 117 | Appeal Cover Sheet |
|---|---|---|
| | 118 | Clerk's Certificate |
| | 116 | Notice of Appeal |
| | 115 | Judgment |
| | 114 | Order Denying Motion to Dismiss |

I hereby certify that the record and docket sheet available through ECF to be the certified record and docket entries. All non-electronic documents of record have been forwarded this date with a copy of this Certificate.

Non-Electronic Documents: 5

Dated: *June 8, 2026.*

Jennifer P. Lyons, Clerk

By:     /s/Cheryl Derrah
         Deputy Clerk