UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHENNA BELLOWS in her official capacity as Secretary of the State of Maine and the STATE OF MAINE,<br><br>Defendants. | Docket No. 1:25-cv-00468 |

**MOTION TO WITHDRAW APPEARANCE**

Pursuant to Rule 83.2(c) of the Local Rules of Civil Procedure for the United States District Court for the District of Maine, undersigned counsel hereby requests that the Court permit him to withdraw his appearance for Defendants Secretary of State Shenna Bellows and the State of Maine. The undersigned is leaving the Office of the Maine Attorney General. Assistant Attorney General Jonathan R. Bolton has already entered his appearance as counsel in this matter and will retain responsibility for this case.

DATED: July 2, 2026

Respectfully submitted,

AARON M. FREY
Attorney General, State of Maine

/s/ Jason Anton
JASON ANTON
Assistant Attorney General
Office of the Maine Attorney General
6 State House Station
Augusta ME 04333-0006
Tel. (207) 626-8412
Fax (207) 287-3145
jason.anton@maine.gov

1

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2026, I electronically filed this document with the Clerk of the Court using the CM/ECF system, and that the same will be sent electronically to registered participants as identified in the CM/ECF electronic filing system for this matter.

DATED: July 2, 2026

/s/ Jason Anton
JASON ANTON
Assistant Attorney General
Office of the Attorney General
6 State House Station
Augusta ME 04333-0006
Tel. (207) 626-8412
Fax (207) 287-3145
jason.anton@maine.gov